# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **TEXAS IP RESEARCH, LLC,** § | |
| *Relator*, § | |
| § | |
| v. § | |
| § | **Civil Action No. 5:11-cv-00018** |
| **BASF SE, et al.,** § | **JURY TRIAL DEMANDED** |
| *Defendants*. § | |
| § | |
| § | |

## ORDER OF DISMISSAL

Relator Texas IP Research, LLC ("Relator") and defendants BASF SE and BASF Corporation, have settled all of the claims asserted in this case, and that could have been asserted in this case, and request that this case be dismissed with prejudice to the re-filing of the same. The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

**SIGNED this 19th day of May, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE